IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BARBIERI,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN FREITAS, SONOMA COUNTY SHERIFF'S DEPARTMENT, KATHRYN STRALEY, and DOES 1-15,<br><br>    Defendants.<br>                                              / | No. C 12-06311 WHA<br><br>**ORDER TO SHOW CAUSE RE EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

On December 21, 2012, pro se plaintiff Ronald James Barbieri filed an ex parte application for a temporary restraining order to enjoin enforcement of a judgment entered against him in a state court unlawful detainer action. On January 2, 2013, the action was reassigned to Judge Claudia Wilken, who filed a judicial referral regarding related cases. By order dated January 3, the action was reassigned to the undersigned judge as related to Case No. 12-cv-05252-WHA. Plaintiff's TRO application seeks to enjoin defendants from enforcing the judgment and evicting him from his home. This order notes that the "Notice to Vacate," appended as Exhibit A to the complaint, states that possession of the property must be turned over by December 18, 2012, three days prior to the filing of the TRO application. It appears that plaintiff has not turned over possession of the property or vacated.

Defendants have not filed a response to plaintiff's TRO application. Defendants are hereby ordered to show cause why the application for a TRO should not be granted. Defendants' response is due by **JANUARY 9 AT NOON**.

**IT IS SO ORDERED.**

Dated: January 4, 2013.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE